**THE WEITZ LAW FIRM, P.A.**

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

October 30, 2026

**MEMO ENDORSED**

**VIA CM/ECF**
Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Velasquez v. Myths NYC LLC, et al.***
**Case 1:26-cv-07499-SHS**

Dear Judge Stein:

The undersigned represents the Plaintiff in the above-captioned case matter.

Plaintiff respectfully requests a brief, one-week adjournment of the Initial Pretrial Conference currently scheduled for November 24, 2026.

The requested adjournment is necessary because undersigned will be on vacation the week of Thanksgiving. Accordingly, we respectfully request that the Initial Pretrial Conference be rescheduled to any mutually convenient date during the week of November 30, 2026. Alternatively, should the Court be unable to accommodate the requested adjournment, we respectfully request permission for the undersigned to appear telephonically at the November 24, 2026 Initial Pretrial Conference.

Opposing counsel has been contacted regarding this request and has consented the requested adjournment.

This request is made in good faith and not for purposes of delay. We apologize for any inconvenience to the Court and appreciate the Court's consideration of this request.

Thank you for your consideration of this first extension request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160 Telephone:
(305) 949-7777 Email:
bbw@weitzfirm.com

**The conference is adjourned to December 1, 2026, at 11:30 a.m. and will be held by telephone via MS Teams. The link will be emailed to the parties.**

**Dated: New York, New York**
**October 30, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**